In the United States Patent and Trademark Office

Applicant: D. Gonzalez
Appl Ser No: 16/501,746
Filed: 6/04/2019
Title: Environmental Monitoring Embodiment
      Comprising Multiple Analyzing, Assessment
      and Monitoring Components

Art Unit: 3649
Examiner: Borissov, Igor N.
Date: December 13, 2021

Confirmation No: 7574

Mail Stop AMENDMENT
Commissions for Patents
P.O. BOX 1450
Alexandria, VA 22313-1450

## AMENDMENT Under Rule 116

Dear Sir:

In response to the Office Action of November 12, 2021, please request amend the above-identified application as follows to place it in condition for allowance:

Amendment to the Claims are reflected in the listing of claims which begins on page 2 of this paper.

Remarks and Conditional Request for Constructive Assistance begin on page 3 of this paper.

Attachment is a copy of Notice of Appeal if and/or Amendment does not place application in condition of allowance.

Amendment to the Claims:

This listing of claims will replace all prior versions, and listings, of claims in the application:

Listing of Claims:

1. (currently amended) In a telecommunication embodiment, comprising a electronic device made of plastic, enhanced with hardware, software, one or more built in internal and external sensors to detect, emit, warn, prevent, safeguard society of daily environmental, medical, physical and life threatening circumstances.

2. (currently amended) Built in internal and external sensor in said telecommunication embodiment in claim 1 has the means of detecting air particles of covid 19, any variant thereof, tuberculosis, carbon monoxide, pollen, female estrogen for outdoor camping protection, smoke, and any known toxin within region, country or specific area.

3. (currently amended) Built in internal and external sensor in said telecommunication embodiment in claim 1 has the means of detecting food toxins of salmonella, pathogens, poisons, and any known toxin within region, country, or specific area.

4. (currently amended) Built in internal and external sensor in said telecommunication embodiment in claim 1 has the means of detecting liquid toxins of lead, poisons, sleeping agents, date rape drugs and any known toxins within region, country, or specific area.

5. (currently amended) Built in internal and external sensor in said telecommunication embodiment in claim 1 has the means of analyzing plug in strips for blood, urine, and saliva samples.

6. (currently amended) Built in internal and external sensor in said telecommunication embodiment in claim 1 has the means of analyzing body, room, surface temperature.

7. (currently amended) Built in internal and external sensor in said telecommunication embodiment in claim 1 has the means of analyzing body pulse, heart rate, and any known cardiovascular analysis within medical field.

8. (currently amended) Said telecommunication embodiment in claim 1 is made also in solar panel plastic to provide the means of recharging devices energy source.

9. (currently amended) Said claim 8, provides both solar panel plastic encasement, and or plastic strips on external housing of said telecommunication embodiment.

10. (currently amended) Said telecommunication embodiment in claim 1 has built in internal and external hardware, software, with means to create sound waves to thwart off insects, high pitch sound to help thwart off attacks by either humans or animals.

REMARKS

Claims listed in numeric order from 1-10, in updated form, in a descriptive fashion to allow person of ordinary skill to understand what function each sensor is capable of, which provides consumers the ability to detect, emit, warn, prevent, safeguard society of daily environmental, medical, physical and life threatening circumstances, being the human mind may not identify, calculate or detect an airborne virus, food pathogen without the aid of sensors, hardware, software to interpret the findings, and with hopes to resolve objection cited in Office Action dated 9/27/2021 based on the above and hereinafter mentioned.

Claims are now identified as "telecommunication embodiments" to differ them from any typical form of computers, or individual hand held devices provided by Stivoric et al. (US 7,285,090 B2), which currently are not everyday items used by consumers, for example, a mobile phone, one of many telecommunication embodiments, are estimated within one year to sell over 1 billion units world wide, a device consumers utilize as a everyday product, a everyday product equipped with sensors, is one of the only real ways to safeguard society of current challenges, thus, Applicant is patenting the idea to utilize telecommunication embodiments as the means of utilizing any and all safe, reliable technology, designed to safeguard society, and bringing it all into single everyday consumer device to form what would be a modern day Swiss Army knife but in a technological means, and once these everyday consumer products are then uploaded with Applicants invention, for example a mobile phone, it allows consumers the ability to know on demand where a Covid19 molecule is located, being a ordinary skilled person may not visibly see or know if there is a virus in the air he is breathing, even in his own home, without the use of a probe, sensor, hardware, software, and thus this invention is solving a major problem within our current infrastructure, as explained in Abstract, of the limited ability laboratory's have to locate everyday harmful toxins and circumstances in a timely manner, imagine, even if someone where to Google, or ask Alexa is there Covid19 molecules located in my house, or at the shopping center I'm about to travel to, such network is currently limited to answering such a question due to the limited amount of probes, sensors, hardware, software readily at hand throughout society, again, this application and invention will solve a current problem we have, being it creates the ability to produce a live on demand network throughout our nation and abroad, by placing sensors on billions of daily telecommunication embodiments, for example: in the old movie "Twister", they chased tornadoes down to place a machine filled with aluminum foil probes in the center of its path, so that once the tornado pulls it in, it launches the probes into the air, and then the sensors are able to track the in-depth movement of a tornado, likewise, Applicants invention will do just that, once billions of consumers have sensors within their devices, they will individually and collectively be locating viruses such as Covid19, food pathogens, as well, simultaneously creating a on demand live digital dashboard to warn consumers of possible hot spots and in turn solving the internets and current technology's limited ability to transmit live feeds here and all around the world, especially when new variants threaten us daily.

Conditional Request for Constructive Assistance

Applicant has amended the specification and claims of this application so that they are proper, definite, and define novel structure which is also unobvious. If, for any reason this application is not believed to be in full condition for allowance, applicant respectfully request the constructive assistance and suggestions of the Examiner pursuant to MPEP 707.07(j) in order that the undersigned can place this application in allowable condition as soon as possible and without the need for further proceedings.

The Applicant petition for a one (1) month extension of time. In the event that a further extension is needed, this conditional petition of extension is hereby submitted.

Date: December 13, 2021                                                                 Respectfully submitted,

_____
David Gonzalez, Inventor