In the United States Patent and Trademark Office

Applicant: D. Gonzalez
Appl Ser No: 16/501,746
Filed: 6/04/2019
Title: Environmental Monitoring Embodiment
Comprising Multiple Analyzing, Assessment
and Monitoring Components

Art Unit: 3649
Examiner: Borissov, Igor N.
Date: December 13, 2021

Confirmation No: 7574

Mail Stop AMENDMENT
Commission for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## NOTICE OF APPEAL

Dear Sir:

In response to the Office Action of September 27, 2021, please place this Notice of Appeal as a safeguard of time, just in case Applicants currently amended claims do not place it in conditional allowance.

Date: 12/13/2021

Respectfully submitted,

David Gonzalez, Inventor