David Gonzalez
Reg. [07926055]
Federal Correctional Institution, Berlin
P.O. box 9000
Berlin, N.H. [03570]



White River ICT P&DC 05001
THU 03 FEB 2022 AM

Clerk of Court
801 Superior Court,
Cleveland Ohio, [44113]